IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-8-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAY CHRISTIAN WOODARD, | ) | |
| | ) | |
| Defendant. | ) | |

On March 16 and March 19, 2018, Jay Christian Woodard ("Woodard") moved for early termination of his supervised release [D.E. 25, 26]. The court has reviewed the motions and the record. The motions [D.E. 25, 26] are DENIED. At the end of September 2018, Woodard's probation officer will advise the court of Woodard's performance on probation, the status of Woodward's financial obligations, and whether the probation officer recommends early termination. Woodard and the United States may then respond to the probation officer's update.

SO ORDERED. This 27 day of March 2018.

JAMES C. DEVER III
Chief United States District Judge