IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4:15-cr-0008-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JAY CHRISTIAN WOODARD, ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's Motions for Early Termination of Supervised Release [DE-28, 29].

Pursuant to 18 U.S.C. § 3583(e) and Fed. R. Crim. P. 32.1(c), for the reasons stated in the Defendant's Motions, [DE-28, 29], and the Government's Response, [DE-31], this Court finds that early termination of the Defendant's term of supervised release is warranted by the conduct of the defendant and the interest of justice.

The Defendant's Motions are hereby GRANTED, and the Defendant's term of supervised release is terminated.

This the 21 day of November, 2018.

_____
James C. Dever III
United States District Judge